```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
WGI EMERGING MARKETS FUND, LLC           :
and BILL & MELINDA GATES                 :
FOUNDATION TRUST,                        :        15-cv-7568 (JSR)
                                         :
     Plaintiffs,                         :
                                         :        ORDER
     - v -                               :
                                         :
PETRÓLEO BRASILEIRO S.A. - PETROBRAS     :
and PRICEWATERHOUSECOOPERS AUDITORES     :
INDEPENDENTES                            :
                                         :
     Defendants.                         :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/18

JED S. RAKOFF, U.S.D.J.

Upon the representation of defendants' counsel that this matter is now fully resolved, the Clerk is directed to close all open docket entries and enter judgment dismissing the case.

Dated:  New York, NY
        October 5, 2018

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

1