UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WGI EMERGING MARKETS FUND, LLC
and BILL & MELINDA GATES,
FOUNDATION TRUST,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10|10|18
```

                Plaintiffs,

-against-

PETROLEO BRASILEIRO S.A. - PETROBRAS,
And PRICEWATERHOUSECOOPERS AUDITORES
INDEPENDENTES
                Defendants.
-------------------------------------------------------------X

15 **CIVIL** 7568 (JSR)

**JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2018, this matter is fully resolved and judgment is entered dismissing the case; accordingly, the case is closed.

**Dated:** New York, New York
        October 10, 2018

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

                          BY:

                                                  **Deputy Clerk**